IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01694-GPG-MDB

SHOAN W. LUKE, and
KEITH RUHMAN,

    Plaintiffs,

v.

ANDRE STANCIL, Executive Director, C.D.O.C.,
LACY MONDAY,
KIMBERLY KLINE, and
AMANDA RETTING, C.D.O.C./S.T.O.M.P. Officials (all defendants named in their official capacities only),

    Defendants.

## JOINT STATUS REPORT

Defendants and Plaintiffs, through their respective, undersigned counsel, submit this Joint Status Report pursuant to the Court's Orders at ECF Nos. 74 and 82.

1.     The Court set an in-person settlement conference to take place at Fremont Correctional Facility (FCF) on January 22, 2025, beginning at 9:00 and ending no later than 5:00 p.m. The settlement conference is being conducted contemporaneously with Case Nos. 23-cv-02030-PAB-MDB and 23-cv-01782-PAB-MDB. (ECF Nos. 74 and 82)

2.     Counsel have made the following arrangements with FCF regarding the conference:

    a. Space in which to hold the conference at FCF has been reserved.

b. The Warden of FCF has confirmed that FCF will be able to accommodate the time frame for the conference (9:00 a.m. to 5:00 pm).

c. The inmate plaintiffs for each of the three cases involved in the settlement conference are confirmed to be available to attend in person.

d. Plaintiffs' counsel, Defendants' counsel, and Magistrate Judge Dominguez Braswell have provided any necessary identification and credentials to FCF and are cleared to enter the facility on January 22. All outside attendees must present a state-issued photo ID at time of entry.

e. All outside attendees must complete a Consent to Search Form (AR Form 300-27C) and a PREA Form (900-01B) in advance of the conference. Forms have been distributed to attendees for completion and must be returned to Defendants' counsel by January 9, 2025. Defendants' counsel will submit the completed forms to FCF.

f. Defendants' counsel are preparing a "letter of intent" required by FCF which will include equipment lists of what each attorney and Magistrate Judge Dominguez Braswell plan to bring into the facility for the conference. The equipment lists will be reviewed for approval by the Warden of FCF.

DATED at Denver, Colorado this 3rd day of January, 2025.

        PHILIP J. WEISER
        Attorney General

        *s/ Abigail Smith*
        ABIGAIL SMITH*
        ANN STANTON*

Assistant Attorneys General
Colorado Department of Law
1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: abigail.smith@coag.gov
ann.stanton@coag.gov
*Counsel of Record
*Attorneys for Defendants*

HKM Employment Attorneys, LLP

*/s/ Abby Zinman*
Abby Zinman, #57792
HKM Employment Attorneys, LLP
518 17th Street, Suite 1100
Denver, CO 80202
Ph: (720) 410-8372
Email: azinman@hkm.com
*Attorney for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I certify that I have served the within **JOINT STATUS REPORT** upon all parties herein by e-filing with the CM/ECF system maintained by the court on January 3, 2025, addressed as follows:

Abigail Zinman
HKM Employment Attorneys LLP
The DC Building
518 17th Street
Suite 1100
Denver, CO 80202
Ph. 720-410-8372
Email: azinman@hkm.com
*Attorney for Plaintiffs*

*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC

          *s/ James Mules*