IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01694-GPG-MDB

SHOAN W. LUKE, and
KEITH RUHMAN,

    Plaintiffs,

v.

ANDRE STANCIL, Executive Director, C.D.O.C.,
LACY MONDAY,
KIMBERLY KLINE, and
AMANDA RETTING, C.D.O.C./S.T.O.M.P. Officials (all defendants named in their official capacities only),

    Defendants.

## NOTICE OF AUTOMATIC SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(d)

    PLEASE TAKE NOTICE that, effective immediately, CDOC Chief of Behavioral Health is Jason Guidry, succeeding Kimberly Kline, who has resigned. Under Federal Rule of Civil Procedure 25(d), therefore, Jason Guidry is automatically substituted for Defendant Kline in this matter, in his official capacity as CDOC Chief of Behavioral Health.

    DATED at Denver, Colorado this 2nd day of April, 2025.

    PHILIP J. WEISER
    Attorney General

    *s/ Abigail Smith*
    ABIGAIL SMITH\*
    ANN STANTON\*
    Assistant Attorneys General
    Colorado Department of Law

                 1300 Broadway, Tenth Floor
                 Denver, CO 80203
                 Telephone: (720) 508-6000
                 E-Mail: abigail.smith@coag.gov
                     ann.stanton@coag.gov
                 *Counsel of Record
                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I have served the within **NOTICE OF AUTOMATIC SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25(d)** upon all parties herein by e-filing with the CM/ECF system maintained by the court on April 2, 2025, addressed as follows:

Shoan Luke #153594
AVCF
12750 Hwy 96 at Lane 13
Ordway, CO. 81034
*Plaintiff pro se*

Keith Ruhman, #164980
FCF
PO Box 999
Canon City, CO 81215
*Plaintiff pro se*

*Courtesy copy e-mailed to:*
Anthony DeCesaro, CDOC

                 *s/ James Mules*

2